**Nos. 2016-1840, 16-1843, 16-1844**

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**KW-2, LLC,**

*Plaintiff - Appellant,*

*v.*

**ASUS COMPUTER INT'L, INC., ASUSTEK COMPUTER INC., HEWLETT-PACKARD CO., DELL, INC.,**

*Defendants - Appellees,*

**Appeal from the United States District Court for the District of Colorado in Nos. 15-cv-01023-REB-KMT, 15-cv-01024-REB-KMT, 15-cv-01025-REB-KMT, Judge Robert E. Blackburn**

**NOTICE RE:
RULE 11(d) COMPLIANCE**

Matthew J.M. Prebeg
Matthew S. Compton, Jr.
PREBEG, FAUCETT & ABBOTT PLLC
8441 Gulf Freeway, Suite 307
Houston, TX 77017
Phone: 832-742-9260
Fax: 832-742-9261
mprebeg@pfawlawfirm.com
mcompton@pfalawfirm.com

*Counsel for Appellant KW-2, LLC*

# NOTICE RE: RULE 11(d) COMPLIANCE

Plaintiff/Appellant KW-2, LLC respectfully submits this Notice RE: Rule 11(d) Compliance and states it has complied with Federal Circuit Rule 11(d).

Respectfully Submitted,

Dated:  May 25, 2016

/s/ Matthew J.M. Prebeg
Matthew J.M. Prebeg
Matthew S. Compton, Jr.
PREBEG, FAUCETT & ABBOTT PLLC
8441 Gulf Freeway, Suite 307
Houston, TX 77017
Phone:  832-742-9260
Fax:  832-742-9261
mprebeg@pfawlawfirm.com
mcompton@pfalawfirm.com

*Counsel for Appellant KW-2, LLC*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

KW-2, LLC, Appellant v. Asus Computer Int'l, Inc., Asustek Computer Inc., Hewlett-Packard Co., Dell, Inc., Appellees

Nos. 2016-1840, 16-1843, 16-1844

## CERTIFICATE OF INTEREST

Counsel for the Appellant KW-2, LLC. certifies the following:

**1.    The full name of every party or amicus represented by me is:**

KW-2, LLC

**2.    The name of the real party in interest represented by me is:**

N/A.

**3.    All parent corporations and any publicly held companies that own 10 percent of the stock of the party represented by me are listed below.**

KW-2, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**4.    The names of all law firms and the partners or associates that appeared for the party now represented by me in the district court or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:**

The following counsel appeared before the district court but are not expected to appear in this Court:

David M. Tenner
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone:  303-629-9700
Facsimile:  303-629-9702
Email:  tenner@ridleylaw.com

Respectfully Submitted,

Dated:  May 25, 2016                    /s/ Matthew J.M. Prebeg
                                                             Matthew J.M. Prebeg
                                                           Matthew S. Compton, Jr.
                                                           PREBEG, FAUCETT & ABBOTT PLLC
                                                           8441 Gulf Freeway, Suite 307
                                                           Houston, TX 77017
                                                           Phone:  832-742-9260
                                                           Fax:  832-742-9261
                                                           mprebeg@pfawlawfirm.com
                                                           mcompton@pfalawfirm.com

*Counsel for Appellant KW-2, LLC*

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

KW-2, LLC, Appellant v. Asus Computer Int'l, Inc., Asustek Computer Inc., Hewlett-Packard Co., Dell, Inc., Appellees

Nos. 2016-1840, 16-1843, 16-1844

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2016, I filed the foregoing ***Rule 11(d) Notice*** through this Court's CM/ECF system. Pursuant to Fed. Cir. Rule 25(e)(1) the Notice of Docket Activity generated by this Court's CM/ECF system constitutes service of the document on the ***Appellees.***

| | |
|---|---|
| Dated: May 25, 2016 | /s/ Matthew J.M. Prebeg |
| | Matthew J.M. Prebeg |
| | Matthew S. Compton, Jr. |
| | PREBEG, FAUCETT & ABBOTT PLLC |
| | 8441 Gulf Freeway, Suite 307 |
| | Houston, TX 77017 |
| | Phone: 832-742-9260 |
| | Fax: 832-742-9261 |
| | mprebeg@pfawlawfirm.com |
| | mcompton@pfalawfirm.com |
| | |
| | *Counsel for Appellant KW-2, LLC.* |